**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorneys for Defendant
CSAA General Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **KRYSTAL ROSSE, individually,**<br><br>Plaintiff,<br><br>v.<br><br>**CSAA GENERAL INSURANCE COMPANY; a foreign corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,**<br><br>Defendant | 2:17-cv-01557-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, KRYSTAL ROSSE, and Defendant, CSAA GENERAL INSURANCE COMPANY to Extend Discovery Deadlines by 70 days.

**A. STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Defendant's Initial Disclosure, pursuant to FRCP 26(f);
2. Defendant's First Set of Requests for Admissions to Plaintiff;
3. Defendant's First Set of Interrogatories to Plaintiff;
4. Defendant's First Set of Request for Production of Documents to Plaintiff;
5. Defendant's Designation of Expert Witnesses and Documents;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Plaintiff to produce their initial disclosures;
2. Defendant & Plaintiff to disclose their rebuttal experts;
3. Depositions of the Person Most Knowledgeable from Plaintiff's medical providers relevant to treatment rendered to Plaintiff since the date of this accident;
4. Depositions of Plaintiff and Defendant's experts;
5. Deposition of Plaintiff;

**A. THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

Plaintiff's counsel has made some changes within their office and has caused some delays in producing documentation and scheduling. Further, the holiday months has made scheduling

depositions difficult for both parties and the respective individuals they are trying to schedule.

The parties believe that a modest addition of seventy days will accommodate both parties sufficiently to conclude the discovery that remains in this matter.

**D.  A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cut off: | 02/23/2018 | 05/04/2018 |
| Expert Disclosure: | 12/22/2017 | CLOSED |
| Rebuttal of Experts: | 01/22/2018 | 04/04/2018 |
| Interim Status Report: | 03/26/2018 | 06/04/2018 |
| Dispositive Motions: | 03/26/2018 | 06/04/2018 |
| Pre Trial Order: | 04/25/2018 | 07/04/2018 |

///

///

///

///

///

///

///

///

////

///

///

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

DATED this 8th day of January, 2018.

| **RANALLI ZANIEL FOWLER & MORAN, LLC** | **ANTHONY PAGLIA INJURY LAWYERS** |
|---|---|
| */s/ Benjamin Carman*<br>GEORGE M. RANALLI, ESQ.<br>Nevada Bar No. 5748<br>BENJAMIN J. CARMAN, ESQ.<br>Nevada Bar No. 12565<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorneys for Defendant | */s/ Anthony Paglia*<br>ANTHONY PAGLIA, ESQ.<br>Nevada Bar No. 11234<br>255 E. Warm Springs Road, Suite 100A<br>Las Vegas, NV 89119<br>Attorney for Plaintiff, Krystal Rosse |

**COHEN JOHNSON PARKER EDWARDS**

*/s/ Blair C. Parker*
BLAIR C. PARKER, ESQ.
Nevada Bar No. 3222
JAMES L. EDWARDS, ESQ.
Nevada Bar No. 4256
255 E. Warm Springs Rd. #100
Las Vegas, Nevada 89119
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: 1-9-2018

_____
UNITED STATES MAGISTRATE JUDGE