1 **GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
2 **BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
3 **RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
4 Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
5 Attorneys for Defendant
CSAA General Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **KRYSTAL ROSSE, individually,** | 2:17-cv-01557-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| **CSAA GENERAL INSURANCE COMPANY; a foreign corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,** | **(Second Request)** |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, KRYSTAL ROSSE, and Defendant, CSAA GENERAL INSURANCE COMPANY to Extend Discovery Deadlines by 60 days.

**A. STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Defendant's Initial Disclosure, pursuant to FRCP 26(f);
2. Defendant's First Set of Requests for Admissions to Plaintiff;
3. Defendant's First Set of Interrogatories to Plaintiff;
4. Defendant's First Set of Request for Production of Documents to Plaintiff;
5. Defendant's Designation of Expert Witnesses and Documents;
6. Defendant's First Supplemental Designation of Expert Witnesses and Documents;
7. Plaintiff's Initial Disclosure, pursuant to FRCP 26(f);
8. Defendant's First Supplemental Disclosures, pursuant to FRCP 26(f);
9. Defendant's Second Supplemental Disclosures, pursuant to FRCP 26(f);
10. Plaintiff's Responses to Defendant's First Set of Requests for Admissions;
11. Plaintiff's Responses to Defendant's First Set of Interrogatories;
12. Plaintiff's Responses to Defendant's First Set of Request for Production of Documents;
13. Deposition of Brian Rodems;

14. Deposition of Matthew Emmons;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Depositions of the Person Most Knowledgeable from Plaintiff's medical providers relevant to treatment rendered to Plaintiff since the date of this accident;

**A. THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

Defendant would like to take the depositions of Plaintiff's treating providers. Both parties are attempting to schedule the remaining depositions timely, but the parties are having difficulties accommodating all parties schedules.

Further, the parties have discussed a possible mediation as an option for settlement in an attempt to keep costs down. The parties are working toward arranging the mediation at this point.

**D. A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cut off: | 05/04/2018 | 07/03/2018 |
| Expert Disclosure: | 12/22/2017 | CLOSED |
| Rebuttal of Experts: | 04/04/2018 | CLOSED |
| Interim Status Report: | 06/04/2018 | 05/04/2018 |
| Dispositive Motions: | 06/04/2018 | 08/04/2018 |
| Pre Trial Order: | 07/04/2018 | 09/03/2018 |

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

DATED this 2nd day of May, 2018.

| **RANALLI ZANIEL FOWLER & MORAN, LLC** | **ANTHONY PAGLIA INJURY LAWYERS** |
|---|---|
| */s/Benjamin Carman* <br> GEORGE M. RANALLI, ESQ. <br> Nevada Bar No. 5748 <br> BENJAMIN J. CARMAN, ESQ. <br> Nevada Bar No. 12565 <br> 2400 W. Horizon Ridge Parkway <br> Henderson, Nevada 89052 <br> Attorneys for Defendant | */s/ Anthony Paglia* <br> ANTHONY PAGLIA, ESQ. <br> Nevada Bar No. 11234 <br> 255 E. Warm Springs Road, Suite 100A <br> Las Vegas, NV 89119 <br> Attorney for Plaintiff, Krystal Rosse |

**COHEN JOHNSON PARKER EDWARDS**

*/s/ Blair Parker*
BLAIR C. PARKER, ESQ.
Nevada Bar No. 3222
JAMES L. EDWARDS, ESQ.
Nevada Bar No. 4256
255 E. Warm Springs Rd. #100
Las Vegas, Nevada 89119
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: _____  May 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE