**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorneys for Defendant
CSAA General Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **KRYSTAL ROSSE, individually,** | 2:17-cv-01557-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT AND PRE-TRIAL ORDER ONLY** |
| **CSAA GENERAL INSURANCE COMPANY; a foreign corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,** | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, KRYSTAL ROSSE, and Defendant, CSAA GENERAL INSURANCE COMPANY by and through their respective counsel of record, to extend the deadline to file motions for summary judgment and pre-trial orders by 30 days so that counsel may request mandatory settlement conference.

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

DATED this 30th day of July, 2018.

| | |
|---|---|
| **RANALLI ZANIEL FOWLER & MORAN, LLC** | **ANTHONY PAGLIA INJURY LAWYERS** |
| */s/ Benjamin Carman* <br> GEORGE M. RANALLI, ESQ. <br> Nevada Bar No. 5748 <br> BENJAMIN J. CARMAN, ESQ. <br> Nevada Bar No. 12565 <br> 2400 W. Horizon Ridge Parkway <br> Henderson, Nevada 89052 <br> Attorneys for Defendant | */s/ Anthony Paglia* <br> ANTHONY PAGLIA, ESQ. <br> Nevada Bar No. 11234 <br> 255 E. Warm Springs Road, Suite 100A <br> Las Vegas, NV 89119 <br> Attorney for Plaintiff, Krystal Rosse |

**COHEN JOHNSON PARKER EDWARDS**

*/s/ Blair Parker*
BLAIR C. PARKER, ESQ.
Nevada Bar No. 3222
JAMES L. EDWARDS, ESQ.
Nevada Bar No. 4256
255 E. Warm Springs Rd. #100
Las Vegas, Nevada 89119
Attorneys for Plaintiff

## **ORDER**

IT IS SO ORDERED:

Dated: 8-3-2018

_____
UNITED STATES MAGISTRATE JUDGE