# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| KRYSTAL ROSSE, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-01557-JCM-VCF |
| CSAA GENERAL INSURANCE COMPANY, *et al.*, | **ORDER** |
| Defendants. | |

Due to a conflict on the court's schedule,

IT IS HEREBY ORDERED that the settlement conference scheduled for October 18, 2018, is VACATED and RESCHEDULED to 10:00 AM, October 31, 2018. The confidential settlement statement is due by 4:00 PM, October 24, 2018. All else as stated in the Order (ECF No. 23) setting the settlement conference remains unchanged.

DATED this 10th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE