**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorneys for Defendant
CSAA General Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **KRYSTAL ROSSE, individually,** | 2:17-cv-01557-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| **CSAA GENERAL INSURANCE COMPANY; a foreign corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,** | |
| Defendant | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KRYSTAL ROSSE, and Defendant, CSAA GENERAL INSURANCE COMPANY by and through their respective attorneys of record, that all of Plaintiff's claims in this matter against Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

The parties request that any trial date that has been set, be vacated.

| | |
|---|---|
| **RANALLI ZANIEL FOWLER & MORAN, LLC** | **ANTHONY PAGLIA INJURY LAWYER** |
| /s/ Benjamin Carman | /s/ Anthony Paglia |
| GEORGE M. RANALLI, ESQ.<br>Nevada Bar No. 5748<br>BENJAMIN J. CARMAN, ESQ.<br>Nevada Bar No. 12565<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorneys for Defendant | ANTHONY PAGLIA, ESQ.<br>Nevada Bar No. 11234<br>375 E. Warm Springs Road<br>Suite 104<br>Las Vegas, NV 89119<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED:

Dated: January 4, 2019.

_____
UNITED STATES DISTRICT JUDGE